ANGELIQUE LAMBERTI-CLARK
P.O. Box 50026
Sparks, Nevada 89435
775-6267084
E-mail: aclarkttee@hotmail.com

Trustee

RECEIVED
AND FILED
2016 FEB 18 PM 2 55
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

RE:

ETON ASSOCIATES, LP

          Debtor(s)
_____/

Chapter 7
Case No.: 05-50420

**NOTICE OF UNCLAIMED FUNDS**
(Linda Glass)

TO THE CLERK, U.S. BANKRUPTCY COURT:

Please find attached a check representing the total amount of unclaimed dividend(s) in the above entitled estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The names(s) and Address(es) of the claim entitled to said dividend(s) is ( are ) as follows:

| Claim # | Name and Address of Claimant | Allowed Claim | Dividend |
|---|---|---|---|
| # 47 | Linda Glass<br>748 River<br>Yerington, NV 89447 | $81,517.03 | |
| | 4th Interim Dist | | $1,676.37 |
| | 5th Interim Dist | | $4,023.90 |

Total $5,700.27

February 12, 2016

ANGELIQUE LAMBERTI-CLARK
Trustee

$ 4023.90
$ 1676.37
# 95170