1  ANGELIQUE LAMBERTI -CLARK
   P.O. Box 50026
2  Sparks, Nevada 89435
   775-6267084
3  E-mail: aclarkttee@hotmail.com

4  Trustee

RECEIVED
AND FILED

2016 FEB 18 PM 2 55

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

RE:

ETON ASSOCIATES, LP

                Debtor(s)
_____/

Chapter 7
Case No.:  05-50420

**NOTICE OF UNCLAIMED FUNDS**
(John Murphy)

TO THE CLERK, U.S. BANKRUPTCY COURT:

Please find attached a check representing the total amount of unclaimed dividend(s) in the above entitled estate which will create a zero balance in the bank account. Said sum is p... over to you pursuant to Bankruptcy Rule 3011. The names(s) and Address(es) of the claimants entitled to said dividend(s) is ( are ) as follows:

| Claim # | Name and Address of Claimant | Allowed Claim | Dividend |
|---|---|---|---|
| N/C #7 | Murphy, John<br>800 E. Pebble Beach Dr<br>Ashland OR. 97520 | $53,155.14 | |
| | 3rd Interim Dist | | $13,288.79 |
| | 4th Interim Dist | | $ 1,093.09 |
| | 5th Interim Dist | | $ 2,623.90 |

Total $17,005.78

February 12, 2016

_____
ANGELIQUE LAMBERTI -CLARK-
Trustee

$ 13288.79
$ 1093.09
$ 2623.90

#95174