ANGELIQUE LAMBERTI-CLARK
P.O. Box 50026
Sparks, Nevada 89435
775-626-7084
E-mail: aclarkttee@hotmail.com

Trustee

RECEIVED AND FILED
2016 MAR 4 AM 11 09
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

RE:

ETON ASSOCIATES, LP

            Debtor(s)
_____/

Chapter 7
Case No.: 05-50420

**NOTICE OF UNCLAIMED FUNDS**
- ( Carolyn Howell )

TO THE CLERK, U.S. BANKRUPTCY COURT:

Please find attached a check representing the total amount of unclaimed dividend(s) in the above entitled estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The names(s) and Address(es) of the claimants entitled to said dividend(s) is ( are ) as follows:

| Claim # | Name and Address of Claimant | Allowed Claim | Dividend |
|---|---|---|---|
| # 164 | Carolyn Howell ( Deceased)<br>3451 Rebert Pike<br>Springfield , OH 45502 | $122,086.44 | $6,026.52 |
|  | Returned as undeliverable | | |
|  | Family members have been contacted who are attempting to located probate administrator- Daughter- Gail Sebile gsebile@gmail.com<br>Husband John Howell- unable to locate. | | |

                                                                Total $ 6,026.52

March 1, 2016

                                        _____
                                        ANGELIQUE LAMBERTI-CLARK
                                        Trustee