1  **ANGELIQUE LAMBERTI-CLARK**
   P.O. Box 50026
2  Sparks, Nevada 89435
   775-626-7084
3  E-mail: aclarkttee@hotmail.com

4  Trustee

RECEIVED AND FILED
2016 MAR 14 PM 12 25
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

RE:                                    Chapter 7
                                       Case No.: 05-50420
ETON ASSOCIATES, LP
                                       **NOTICE OF UNCLAIMED FUNDS**
          Debtor(s)                    - ( Kristopher Jordan )
_____/

TO THE CLERK, U.S. BANKRUPTCY COURT:

    Please find attached a check representing the total amount of unclaimed dividend(s) in the above entitled estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The names(s) and Address(es) of the claimants entitled to said dividend(s) is ( are ) as follows:

| Claim # | Name and Address of Claimant | Allowed Claim | Dividend |
|---------|------------------------------|---------------|----------|
| NC 1#   | Kristopher Jordan<br>7521 West Gilmer Ave<br>Las Vegas, NV 89129 | $6,655.81 | $328.55<br>5th Interim |

                                                    Total  $ 328.55

March 1, 2016

                                       ANGELIQUE LAMBERTI -CLARK
                                       Trustee

$328.55
#95245