

Honorable Gregg W. Zive
United States Bankruptcy Judge

Entered on Docket
May 31, 2016

_____

NVB 3011 (Rev. 12/14)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−05−50420−gwz<br>CHAPTER 7 |
| ETON ASSOCIATES, LP | |
| Debtor(s) | ORDER FOR<br>PAYMENT OF UNCLAIMED FUNDS |

Upon the foregoing Motion and in accordance with the provisions of 28 U.S.C. Section 2042, and good cause appearing therefore,

**IT IS ORDERED** that the amount of $ 6,026.52 constituting an unclaimed dividend is declared due to John Howell for the Estate of Carolyn Howell.

**IT IS FURTHER ORDERED** that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of:

John Howell for the Estate of Carolyn Howell
Dilks & Knopik
35308 SE Center St
Snoqualmie WA 98065

###