Pro Se
Dian Murphy
4009 Hiawatha Drive
Madison, WI 53711
Phone 608-236-9301; Cell 608-212-0388; dimar3@me.com
Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \*

In re:

Eton Associates, LP

Debtor(s).

BK- 05-50420
Chapter 7

MOTION TO WITHDRAW MONEY UNDER 28 U.S.C. SECTION 2042

Hearing Date:
Hearing Time:

There was a dividend check in the amount $ __17,005.78__ in the above-named case issued to __John Murphy__. Said check having not been cashed by said payee, the Trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed money to the Clerk, US Bankruptcy Court.

**PLEASE CHECK THE PARAGRAPH THAT APPLIES:**

☐ Claimant is the creditor or debtor in whose behalf these moneys were deposited and is entitled to the moneys deposited.

☑ Claimant is not the creditor but is entitled to payment of these moneys because (**Please state the basis for your claim to the moneys**)
__I am the sole heir to John Murphy who was my father. I am including documentation supporting my status.__

RECEIVED AND FILED
2016 AUG 12
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Please attach copies of any supporting documentation.[1]

Date: 8-5-2016

*Dian L. Murphy*
Signature of Claimant or Attorney

Dian Murphy
Printed Name
4009 Hiawatha Drive

Madison, WI 53711

Mailing Address

Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

---

[1] (i) If claimant is heir of deceased creditor, attach copies of death certificate and heirship order of court.
(ii) If claimant is assignee of creditor, attach copy of assignment.
(iii) If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.
(iv) If claimant is agent of creditor for purposes of filing this application, attach a copy of the agency agreement.
(v) Attach other documents showing entitlement should none of the foregoing apply.

2

**STATE OF WISCONSIN, CIRCUIT COURT,** _DANE_ **COUNTY** | For Official Use

IN THE MATTER OF THE ESTATE OF

_JOHN D. MURPHY_

☐ Amended

**Proof of Heirship**
☐ Informal Administration
☐ Formal Administration

Case No. _05-50420_

**UNDER OATH, I ANSWER THE FOLLOWING QUESTIONS:**

1. What is your name, mailing address and relationship to the decedent?

| Name | Mailing Address | Relationship |
|---|---|---|
| DIAN L. MURPHY | 4009 HIAWATHA DR. MADISON WI 53711 | DAUGHTER |

2. Was the decedent survived by a spouse or domestic partner?  ☐ Yes  ☒ No
   If YES, give name: _____

3. A. Did the decedent have any children? (Living or deceased; natural or adopted.)  ☒ Yes  ☐ No
   If YES, list all names. (If deceased, indicate date of death.)  ☐ See attached

| Name of Decedent's Children | If Deceased, Date of Death |
|---|---|
| DIAN L. MURPHY | |

   B. For each deceased child listed in 3A., list his or her name and the names of his or her children (Living or deceased; natural or adopted). If any of his or her children are deceased, indicate the date of death of that child and the names of his or her descendants. (Living or deceased; natural or adopted.)  ☐ See attached

| Name of Deceased Child in (3A) | Name of Deceased Child's Child(ren) | Date of Death |
|---|---|---|
| | | |

4. If there is a surviving spouse or domestic partner, are all of the decedent's children listed in 3A., also the children of the surviving spouse or domestic partner?  ☒ Yes  ☐ No
   If NO, give details: _____

| **Instructions:** |
|---|
| Are there living persons listed in answers to questions 2. through 4.? <br> • If Yes, skip to question 8. <br> • If No, continue with question 5. |

5. Did the decedent leave surviving parents?  ☐ Yes  ☐ No
   If YES, list names.

| Name |
|---|
| |

PR-1806, 10/10 Proof of Heirship (Informal Administration and Formal Administration)    §§852.01, 854.03 and 863.23, Wisconsin Statutes
**This form shall not be modified. It may be supplemented with additional material.**
Page 1 of 2

Proof of Heirship (Informal Administration and Formal Administration)    Page 2 of 2    Case No. _____

6. A. If no surviving parent, did the decedent have brothers or sisters? (Living or deceased; whole blood, half blood, adopted)   ☐ No   ☐ Yes

   If YES, list all names. (If deceased, indicate date of death.)

   | Name of Decedent's Brothers or Sisters | If Deceased, Date of Death |
   |---|---|
   |  |  |

   B. For each deceased brother or sister listed in 6A., list his or her name and the names of his or her children (Living or deceased; natural or adopted). If any of his or her children is deceased, indicate the date of death of that child and the names of his or her descendants. (Living or deceased; natural or adopted)   ☐ See attached

   | Name of Deceased Brother or Sister in (6A) | Date of Death | Name of Deceased Brother's or Sister's Children |
   |---|---|---|
   |  |  |  |

7. If there are **no living persons** listed in questions 2. through 6B., list names of maternal (mother) and paternal (father) grandparents and the descendants of any deceased grandparent and whether the person is living or deceased. Please continue listing children of deceased persons until a living person is named.   ☐ See attached

   | MATERNAL (Mother) | PATERNAL (Father) |
   |---|---|
   | Grandfather: | Grandfather: |
   | Grandmother: | Grandmother: |
   | Descendants: | Descendants: |

8. Did any of the persons named in 2. through 7. die within 120 hours (5 days) after the death of the decedent?   ☒ No   ☐ Yes

   If YES, list name(s), date of death and descendant(s).

   | Name | Date of Death | Descendant(s) |
   |---|---|---|
   |  |  |  |

State of _Wisconsin_
County of _Dane_
Subscribed and sworn to before me on _08 / 05 / 16_
_Jane S Olson_ (signature)
Notary Public/Court Official
_Jane S Olson_
Name Printed or Typed
My commission/term expires: _12-15-2019_

▶ _Dian L Murphy_ (Signature)
DIAN L. MURPHY
Name Printed or Typed
608-236-9301
Telephone Number
8-5-2016
Date

[Notary seal: JANE S OLSON NOTARY PUBLIC STATE OF WISCONSIN]

| Form completed by: (Name) |  |
|---|---|
| Address |  |
| Telephone Number | Bar Number (If any) |

PR-1806, 10/10 Proof of Heirship (Informal Administration and Formal Administration)    §§852.01, 854.03 and 863.23, Wisconsin Statutes
**This form shall not be modified. It may be supplemented with additional material.**
Page 2 of 2

# STATE OF OREGON
## CERTIFICATION OF VITAL RECORD

**OREGON DEPARTMENT OF HUMAN SERVICES**
**CENTER FOR HEALTH STATISTICS**

**CERTIFICATE OF DEATH**

I.D. TAG NO.: H62535
Local File Number: 051643
State File Number: 05-025729
136-

| Field | Value |
|---|---|
| 1. DECEDENT'S NAME (First Middle Last) | John Davenport MURPHY |
| 2. SEX | Male |
| 3. DATE OF DEATH | November 7, 2005 |
| 4. SOCIAL SECURITY NUMBER | 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 |
| 5a. AGE-Last Birthday (Years) | 87 |
| 5b. Under 1 Year (Mos./Days) | |
| 5c. Under 1 Day (Hours/Mins.) | |
| 6. BIRTHPLACE | Ashland, Oregon |
| 7. DATE OF BIRTH | March 25, 1918 |
| 8. WAS DECEDENT EVER IN U.S. ARMED FORCES? | Yes |
| 9a. PLACE OF DEATH | Other – Decedent's Home |
| 9b. FACILITY NAME | 800 E. Pebble Beach Drive |
| 9c. CITY, TOWN, OR LOCATION OF DEATH | Ashland |
| 9d. COUNTY OF DEATH | Jackson |
| 10a. DECEDENT'S USUAL OCCUPATION | Purchasing Agent |
| 10b. KIND OF BUSINESS/INDUSTRY | City Government |
| 11. MARITAL STATUS | Divorced |
| 12. SPOUSE | - |
| 13a. RESIDENCE - STATE | Oregon |
| 13b. COUNTY | Jackson |
| 13c. CITY, TOWN OR LOCATION | Ashland |
| 13d. STREET AND NUMBER | 800 E. Pebble Beach Drive |
| 13e. INSIDE CITY LIMITS? | Yes |
| 13f. ZIP CODE | 97520 |
| 14. WAS DECEDENT OF HISPANIC ORIGIN? | No |
| 15. RACE | White |
| 16. DECEDENT'S EDUCATION (College 1-4 or 5+) | 2 |
| 17. FATHER'S NAME | John Murray Murphy |
| 18. MOTHER'S NAME | Blanche – Davenport |
| 19. INFORMANT'S NAME and relationship to deceased | Dian Murphy, Daughter |
| 20a. METHOD OF DISPOSITION | Cremation |
| 20b. PLACE OF DISPOSITION | Litwiller-Simonsen Crematory |
| 20c. LOCATION | Ashland, Oregon |
| 21a. SIGNATURE OF OREGON FUNERAL SERVICE LICENSEE | [signature] |
| 21b. OREGON LICENSE NO. | 3360 |
| 22. NAME, ADDRESS AND ZIP CODE OF FACILITY | Litwiller-Simonsen Funeral Home, 1811 Ashland St., Ashland, OR 97520 |
| 23. DATE FILED | NOV 10 2005 |
| 24. REGISTRAR'S SIGNATURE | [signature] |




I CERTIFY THAT THIS IS A TRUE, FULL AND CORRECT COPY OF THE ORIGINAL CERTIFICATE ON FILE OR THE VITAL RECORD FACTS ON FILE IN THE VITAL RECORDS UNIT OF THE OREGON CENTER FOR HEALTH STATISTICS.

DATE ISSUED: AUG 03 2016

JENNIFER A. WOODWARD, Ph.D.
STATE REGISTRAR

THIS COPY IS NOT VALID WITHOUT OFFICIAL VITAL RECORD FLAG WATERMARK AND HOLOGRAPHIC SEALS.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re:<br>Eton Associates, LP<br><br>Debtor(s). | BK- 05-50420<br>Chapter 7<br><br>AFFIDAVIT FOR REIMBURSEMENT<br>OF UNCLAIMED FUNDS |

STATE OF: _____
COUNTY OF: _____

SOCIAL SECURITY NO/TAX ID: **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**

**DIAN L. MURPHY** of **4009 HIAWATHA DR. MADISON, WI 53711**
(NAME OF CREDITOR/DEBTOR)     (ADDRESS)

**608-236-9301**    being duly sworn, deposes and says:
(PHONE NUMBER)

  That he/she is a creditor of the above-named bankrupt/debtor or is the debtor. That _____ Eton Associates, (Name of Debtor/Bankrupt) was duly adjudged a debtor/bankrupt in the United States Bankruptcy Court for the District of Nevada. That said creditor duly filed his/her claim, which claim was thereafter duly allowed or is the debtor in the above named case.

  Dividends amounting to the sum of $ __17,005.78__ remain unpaid.

  That the said claim has not been sold or assigned, and that it is still the property of the deponent.

  It is therefore requested that the Clerk of this Court pay to __Dian Murphy__ the sum of $ 17,005.78 .

3

Sworn and subscribed to before

me this 05 day of August 2016

_____
(Notary Public) Jane S Olson

[Notary Seal: JANE S OLSON, NOTARY PUBLIC, STATE OF WISCONSIN]

_____
(Signature)

4

Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re:<br>Eton Associates, LP<br><br>    Debtor(s). | BK- 05-50420<br>Chapter 7<br><br>AFFIDAVIT OF SERVICE |

Notice is hereby given to the court that on **AUGUST 5, 2016**, the U.S. Attorney for the District of Nevada was advised, via United States Mail, of the "Motion for Payment of Unclaimed Funds."

Date: **8-5-2016**

Respectfully submitted,

*[signature: Brian L. Murphy]*

NVB 7067 (12/15)